SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, CAMRON PATELZICK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 1:10-CR-00057-LJO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR A RESETTING OF THE STATUS CONFERENCE HEARING |
| v. | ) | |
| CAMRON PATELZICK and TIMOTHY CREE, | ) | |
| Defendants. | ) | |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendants TIMOTHY CREE by and through his attorney Robert D. Wilkinson and defendant CAMRON PATELZICK by and through his attorney Salvatore Sciandra request that the Status Conference set for Friday, April 2, 2010 at 9:00 a.m. be continued to Thursday, May 13, 2010 at 9:00 a.m. The reason for continuing the hearing is for defense preparation and plea negotiations with the government.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including the need for time for effective assistance of counsel pursuant to 18 U.S.C. sections 3161(h)(8)(A) and 3161(h)(B)(iv).

                                            Respectfully submitted,

DATED: March 31, 2010                /s/ Salvatore Sciandra
                                          SALVATORE SCIANDRA
                                          Attorney for Defendant,
                                          CAMRON PATELZICK

DATED: March 31, 2010                /s/ Robert D. Wilkinson
                                          ROBERT D. WILKINSON
                                          Attorney for Defendant,
                                          TIMOTHY CREE

DATED: March 31, 2010                /s/ Kimberly Sanchez
                                          KIMBERLY SANCHEZ
                                          Assistant United States Attorney

**ORDER**

**GOOD CAUSE EXISTS.  TIME IS EXCLUDED.  REQUEST GRANTED.**

IT IS SO ORDERED.

**Dated:   March 31, 2010**        /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE