```
BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:10-cr-00057 LJO |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE |
| v. | |
| KEITH MOORE, CAMERON PATELZICK, and TIMOTHY CREE, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Salvatore Sciandra, attorney for defendant Patelzick, and Robert Wilkinson, attorney for defendant Cree to move for the status conference currently set for May 28, 2010 to be continued to June 18, 2010 at 8:30 a.m.

Codefendant Keith Moore is in state custody and is scheduled to be transferred into federal custody and be available for an appearance in federal court on or about June 15, 2010.  June 18, 2010 is the first available date for the Court to have the three defendants appear.  The parties agree that the disposition of the

Patelzick and Cree matters can move forward once all three defendants appear in federal court.  Thus, the parties respectfully have agreed with one another and request the Court to move the status conference currently set for May 28, 2010 to June 18, 2010 at 8:30 a.m.  The parties request that the Court exclude time for further defense investigation and preparation, plea negotiations in the interests of justice.

Dated: May 25, 2010, 2010            Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney

                                By   /s/ Kimberly A. Sanchez
                                     KIMBERLY A. SANCHEZ
                                     Assistant U.S. Attorney

Dated: May 25, 2010                   /s/ Robert Wilkinson
                                     ROBERT WILKINSON
                                     Attorney for Timothy Cree

Dated: May 25, 2010                   /s/ Salvatore Sciandra
                                     SALVATORE SCIANDRA
                                     Attorney for Cameron Patelzick

GOOD CAUSE EXISTS FOR THE CONTINUANCE.  IT IS GRANTED.  TIME IS EXCLUDED FOR THE REASONS STATED.

   IT IS SO ORDERED.

**Dated:   May 25, 2010**            /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE