SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, CAMRON PATELZICK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CASE NUMBER: 1:10-CR-00057-LJO |
| Plaintiff, ) | |
| v. ) | WAIVER OF PERSONAL PRESENCE OF CAMRON PATELZICK |
| CAMROM PATELZICK, ) | |
| Defendant. ) | |

The undersigned defendant CAMRON PATELZICK, hereby acknowledges that he is the defendant named above, and further acknowledges that he has been advised of his right to appear personally at any hearing or proceeding before this Court, including, but not limited to, proceedings that involve questions of law, and any subsequent status/pretrial conferences. Understanding these rights, and having conferred with his undersigned counsel, defendant PATELZICK does hereby freely and voluntarily waive his right to be present at any such proceedings or hearings, except as otherwise directed by this Court, and hereby requests that this Court proceed during every absence of the defendant that the Court may permit pursuant to this waiver. Defendant PATELZICK further hereby acknowledges and agrees that his interests are represented at all times by the presence of his attorney the same as if the defendant was personally present in court, and further agrees that notice to his attorney that his presence in court on a particular day, at a particular time, is required is notice to the defendant of the requirement of his appearance at that time and place. Defendant PATELZICK further acknowledges that he has been informed of his rights and authorizes his attorney to set hearings at times

1 and days without defendant being present.

2

3 DATED: June ___, 2010

_____
CAMRON PATELZICK

6 DATED: June ___, 2010

_____
SALVATORE SCIANDRA
Attorney for Defendant,
CAMRON PATELZICK

ORDER

IT IS SO ORDERED.

**Dated:   July 1, 2010**          **/s/ Lawrence J. O'Neill**
                          UNITED STATES DISTRICT JUDGE