1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone:  559.233.1000
   Facsimile: 559.233.6044
4

5  Attorney for Defendant, CAMRON PATELZICK

6

7

8                  IN THE UNITED STATES DISTRICT COURT FOR THE

9                       EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,          )     CASE NUMBER: 1:10–CR-00057-LJO
                                      )
11               Plaintiff,           )     STIPULATION AND ORDER FOR A
                                      )     RESETTING OF CHANGE OF PLEA
12 v.                                 )     HEARING
                                      )
13 CAMRON PATELZICK,                  )     Date:      Friday, September 24, 2010
                                      )     Time:      8:30 a.m.
14               Defendant.           )     Courtroom: Honorable Lawrence J.
                                      )                O'Neill
15

16      **IT IS HEREBY STIPULATED** by and between the United States of America and  defendant

17 CAMRON PATELZICK by and through his attorney of record, Salvatore Sciandra, that the time set

18 for the Change of Plea hearing on Friday, September 24, 2010 at 8:30 a.m. be moved to Friday,

19 October 8, 2010 at 8:30 a.m.   The justification for this request is that Mr. Sciandra inadvertently set

20 this Change of Plea on the same date and time that he had previously set a hearing on complex motions

21 in the case of *People v. Gough*, Case Number 10CM0143 pending in the Kings County Superior Court.

22 Both parties agree that time shall be excluded for further negotiation and change of plea.

23                                          Respectfully submitted,

24

25 DATED:  September 21, 2010             /s/   Salvatore Sciandra
                                          SALVATORE SCIANDRA
26                                         Attorney for Defendant,
                                          CAMRON PATELZICK
27 / / /

28 / / /

1   / / /

2   / / /

3   / / /

4   / / /

5   / / /

6   DATED:  September 21, 2010               /s/   Susan Phan

                                                  SUSAN PHAN, Assistant United States Attorney

7                                                   for KEVIN ROONEY, Assistant United States

8                                                   Attorney

9                                             **ORDER**

10       **IT IS SO ORDERED.**

11

12   DATED:  September 22, 2010               /s/ Lawrence J. O'Neill

13                                                 HONORABLE LAWRENCE J. O'NEILL

                                                U.S. DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. v.  CAMRON PATELZICK

STIPULATION AND [PROPOSED] ORDER FOR A RESETTING OF CHANGE OF PLEA HEARING

CASE NUMBER: 1:10-CR-00057-LJO                                                                       2