1   SALVATORE SCIANDRA, Bar No. 58256
    Law Offices of Salvatore Sciandra
2   2300 Tulare Street, Suite 230
    Fresno, CA  93721
3   Telephone:  559.233.1000
    Facsimile: 559.233.6044

4

5   Attorney for Defendant, CAMRON PATELZICK

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                         EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )   CASE NUMBER: 1:10–CR-00057-LJO
                                       )
11              Plaintiff,             )   STIPULATION AND ORDER TO
                                       )   CONTINUE SENTENCING
12  v.                                 )
                                       )   Date:        Friday, January 7, 2011
13  CAMRON PATELZICK,                  )   Time:        10:00 a.m.
                                       )   Courtroom:  Honorable   Lawrence   J.
14              Defendant.             )               O'Neill
    _____)
15

16       **IT IS HEREBY STIPULATED** by and between plaintiffs, the United States of America, and

17  the defendants by and through their respective attorneys, that the time set for the Sentencing hearing

18  on Friday, January 7, 2011 at 10:00 a.m. be moved to Friday, January 28, 2011 at 10:00 a.m. because

19  defense counsel is scheduled to be out of town for a client meeting at California State Prison, Los

20  Angeles in Lancaster, CA at the time the hearing is presently set.

21       The parties also agree that any delay resulting from this continuance shall be excluded in the

22  interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

23                                         Respectfully submitted,

24

25  DATED:  December 23, 2010              /s/  Salvatore Sciandra
                                           SALVATORE SCIANDRA
26                                         Attorney for Defendant,
                                           CAMRON PATELZICK
27  / / /

28  / / /

1  / / /

2  / / /

3  / / /

4  / / /

5  DATED:  December 23, 2010              /s/   Kimberly A. Sanchez
                                          KIMBERLY A. SANCHEZ
6                                         Assistant United States Attorney

7

8                              **ORDER**

9  Good cause exists to justify the requested continuance.

10 IT IS SO ORDERED.

11 **Dated:    December 23, 2010            /s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28